**STATE of Maine**

v.

**Paul L. BOURQUE.**

Supreme Judicial Court of Maine.

Argued June 20, 1980.

Decided July 7, 1980.

David Crook, Dist. Atty., Susan B. Cole, Asst. Dist. Atty. (orally), Paul D. Mathews, Deputy Dist. Atty., Augusta, for plaintiff.

Burton G. Shiro Law Offices by Burton G. Shiro (orally), Lawrence T. Potter, Waterville, for defendant.

Before McKUSICK, C. J., and WERNICK, GODFREY, NICHOLS, GLASSMAN and ROBERTS, JJ.

MEMORANDUM OF DECISION.

After trial without jury, Paul L. Bourque was convicted of driving to endanger. 29 M.R.S.A. § 1314. The sole issue raised by the defendant on appeal is the sufficiency of the evidence. There was presented at trial credible evidence sufficient to support a finding beyond a reasonable doubt that Bourque operated a motor vehicle in such a manner as to endanger persons and property. The evidence likewise warranted a finding that such conduct constituted criminal negligence as defined in 17–A M.R.S.A. § 10(4) and as required by *State v. Davis*, Me., 398 A.2d 1218 (1979).

The entry is:

Judgment of conviction affirmed.

All concurring.